B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)    Case Number **10–10286–jms**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Kentucky

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/21/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) name(s) and address, including all other names used by the debtor(s) in the last 8 years (married, maiden, and trade names):

| | |
|---|---|
| Donessa Lynn McCarty<br>15724 Callihan Rd<br>Catlettsburg, KY 41129 | Timothy Sheldon McCarty<br>15724 Callihan Rd<br>Catlettsburg, KY 41129 |
| Case Number:<br>10–10286–jms | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–6224<br>xxx–xx–2631 |
| Attorney for Debtor(s) (name and address):<br>Pro se | Bankruptcy Trustee (name and address):<br>James D. Lyon<br>209 E High St<br>Lexington, KY 40507<br>Telephone number: (859) 252–4148 |

### Meeting of Creditors

**Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.**

Date: **July 2, 2010**    Time: **01:40 PM**
Location: **US Courthouse Federal Bldg, Greenup Ave & 15th St, Suite 200, Ashland, KY 41101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Documents must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/31/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>PO Box 1111<br>Lexington, KY 40588–1111<br>Telephone number: (859)233–2608 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jerry D Truitt |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 5/24/10 |

**Case information 24 hours per day: VCIS 1–800–998–2650 or (859) 233–2650**
**Visit our website at www.kyeb.uscourts.gov for more information.**

**EXPLANATIONS** B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Failure of the debtor(s) or the attorney for the debtor(s) to attend this meeting, without an order being entered sustaining a motion to continue, will result in a motion to dismiss the within case being filed. Failure of the debtor(s) to comply with the Order to Debtor entered on the same date as this notice, will result in a motion to dismiss the within case being filed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee | The trustee named on the front side is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. The trustee may give notice of intent to abandon property of the debtor(s) at the scheduled § 341 meeting. |

−− **Refer to Other side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0643-1           User: valeriet              Page 1 of 1                  Date Rcvd: May 24, 2010
Case: 10-10286                 Form ID: b9an               Total Noticed: 17

The following entities were noticed by first class mail on May 26, 2010.
db/jdb       +Donessa Lynn McCarty,   Timothy Sheldon McCarty,   15724 Callihan Rd,
               Catlettsburg, KY 41129-8200
4232677      +ALLIED INTERSTATE INC,   PO BOX 361774,   COLUMBUS OH 43236-1774
4232679      +CAPITAL ONE,   PO BOX 41083,   CHARLOTTE NC 28272
4232683      +ENTERPRISE COLLECTIONS BRANCH,   PO BOX 491,   FRANKFORT KY 40602-0491
4232689      +KING DAUGHTERS MEDICAL CENTER,   PO BOX 151,   ASHLAND KY 41105-0151
4232690      +MEDICAL DATA SYSTEMS INC,   645 WALNUT ST STE 5,   GADSDEN AL 35901-4173
4232691      +STUDENT LOAN PEOPLE,   PO BOX 24266,   LOUISVILLE KY 40224-0266
4232692      +THREE RIVERS MEDICAL CENTER,   PO BOX 30,   LOUISA KY 41230-0030
4232693      +VANANTWERP, MONG & EDWARDS,   1544 WINCHESTER AVE FL 5,   ASHLAND KY 41101-7923
4232694      +XM RADIO,   PO BOX 567,   NORWELL MA 02061-0567
The following entities were noticed by electronic transmission on May 24, 2010.
tr           +EDI: BJDLYON.COM May 24 2010 18:03:00     James D. Lyon,   209 E High St,
               Lexington, KY 40507-1401
4232678      +EDI: ACCE.COM May 24 2010 18:08:00      ASSET ACCEPTANCE,   PO BOX 2036,   WARREN MI 48090-2036
4232682      +EDI: DISCOVER.COM May 24 2010 18:03:00     DISCOVER FINANCIAL SERVICES LLC,   PO BOX 6103,
               CAROL STREAM IL 60197-6103
4232684      +EDI: RMSC.COM May 24 2010 18:03:00     GEMB/JC PENNEY,   PO BOX 960090,   ORLANDO FL 32896-0090
4232686      +E-mail/Text: BANKRUPTCY@GLACOMPANY.COM                            GLA COLLECTION CO INC,
               2630 GLEESON LANE,   LOUISVILLE KY 40299-1772
4232687      +EDI: GMACFS.COM May 24 2010 18:03:00     GMAC,   PO BOX 380901,   BLOOMINGTON MN 55438-0901
4232688       EDI: IRS.COM May 24 2010 18:03:00     INTERNAL REVENUE SERVICE,   KANSAS CITY MO 64999
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4232680       CAPITAL ONE BANK USA
4232681       CHASE BANK USA
4232685       GEMB/LOWES
4232676       INEZ DEPOSIT BANK
                                                                                              TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2010**               **Signature:** *Joseph Speetjens*