

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
CLERK
P.O. BOX 1111
LEXINGTON, KENTUCKY 40588-1111

OFFICIAL BUSINESS

1010286

RECEIVED
JUN 01 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

LAURIE CRILLY
1534 REYNOLDS HOLLOW
GREENEVILLE TN 37745

NIXIE      372    DE 1         00   05/27/10
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 40588111111          *0170-01480-24-41

HASLER
017H15536867
$0.44
05/24/2010
Mailed From 40507
US POSTAGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:                                                          CASE NO. 10-10286
DONESSA LYNN MCCARTY
TIMOTHY SHELDON MCCARTY

DEBTOR(S)

### ORDER

The court having considered the application to pay filing fees in installments filed on May 21, 2010, finds that the application should be and hereby is OVERRULED for the following reason(s):

- ☐ The number of installments exceeds four (4).
- ☒ The installment amounts are not in compliance with Local Rule 1006-1.
- ☐ Payment of installments is not allowed through the chapter 13 plan pursuant to Local Rule 1006-1.
- ☒ Other: Each installment should be in the amount of $74.75..

Within seven (7) days of the date of this order, the debtor is ordered to pay the filing fee in full, or to file an amended application to pay filing fees in installments that corrects the above-referenced deficiencies. **This case will be subject to dismissal without further notice for failure to comply with this order. No motion to reinstate will be considered unless all prior fees due and owing have been paid.**

Copies to:
Debtor(s)
Attorney for Debtor(s)
Trustee
✓ Petition Preparer



*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*

Signed By:
Joseph M. Scott, Jr.
Bankruptcy Judge
Dated: Monday, May 24, 2010
(vlt)