# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Ashland Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Donessa Lynn McCarty<br>Timothy Sheldon McCarty | Case Number: 10–10286–jms |
| aka/dba: | Chapter: 7 |
| Debtor(s) | |

## NOTICE OF DISMISSAL

You are hereby notified that an order was entered on 06/14/2010, dismissing the above–captioned chapter 7 case.

DATED: June 14, 2010

By the court –

/s/ Joseph M. Scott Jr.
Joseph M. Scott Jr.
U.S. Bankruptcy Judge

KYE_nod                                                                14