Case Number: 10-10286     Form: b9an     Notice Date: 05-26-2010                                              Page 1

TO THE DEBTOR/DEBTOR'S ATTORNEY:

A copy of this notice could not be mailed to each creditor listed below because the court does not have both a city and state for the creditor or, if being mailed to a foreign country, both a city and country. Immediately contact the court in writing if you believe it failed to properly add to its database all of the addresses you provided in your mailing matrix. Please be advised that a creditor's failure to receive some notice of your case could mean the debt owed to that creditor may not be discharged (debtor should contact their attorney with questions).

IMPORTANT NOTE: YOU MUST SEND A COPY OF THIS NOTICE TO THE CREDITORS LISTED BELOW. THE COURT WILL NOT MAIL THIS NOTICE AGAIN.

For future notices, to correct a creditor's address listed below you must:

(1) Cross out all incorrect information on this page and clearly insert all updated information; (2) Date and sign in the space provided on the bottom of this form; AND (3) Immediately return this page to the court.

IMPORTANT NOTE: YOU MUST ALWAYS INCLUDE ANY ALPHABETIC OR NUMERIC CODE LOCATED TO THE LEFT OF THE CREDITOR'S NAME WHEN CONTACTING THE COURT TO CORRECT A CREDITOR'S ADDRESS!

IMPORTANT NOTE: WHILE YOU MAY CORRECT A CREDITOR'S ADDRESS USING THE ABOVE INSTRUCTIONS, IT IS IMPORTANT TO NOTE THAT, IF YOU WISH TO AMEND YOUR SCHEDULES TO ADD A PREVIOUSLY UNLISTED CREDITOR, YOU MUST CONTACT THE COURT FOR INSTRUCTIONS. LISTING SUCH A CREDITOR ON THIS PAGE IS INSUFFICIENT, AND WILL NOT RESULT IN THE CREDITOR BEING ADDED.

The list of each recipient who was not mailed a copy of this notice, including the portion of the address contained in the court's database for the creditor, is as follows:

| ID | Creditor | Address (handwritten) |
|---|---|---|
| 4232680 | CAPITAL ONE BANK USA | P.O. Box 71083, Charlotte, NC 28272-1083 |
| 4232681 | CHASE BANK USA | P.O. Box 15153, Wilmington, DE 19886-5153 |
| 4232685 | GEMB/LOWES | P.O. Box 530914, Atlanta, GA 30353-0914 |
| 4232676 | INEZ DEPOSIT BANK | P.O. Box 684, Louisa, KY 41230 |

RECEIVED

JUN 16 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

__6-5-2010__                                                    __Donessa McCarty__
Date                                                             Debtor/Debtor's Attorney